IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SIERRA HAYES, | * |
| | * |
| Plaintiff, | * |
| vs. | *  No. 4:17-cv-00347-SWW |
| | * |
| | * |
| MILESTONES SERVICES, INC.; | * |
| and FAULKNER COUNTY DAY | * |
| SCHOOL FOR TRAINABLE | * |
| RETARDED CHILDREN, INC., d/b/a | * |
| FAULKNER COUNTY DAY | * |
| SCHOOL, MILESTONES EARLY | * |
| CHILHOOD SERVICES, and | * |
| MILESTONES EARLY | * |
| INTERVENTION SERVICES | * |
| WORK FORCE, | * |
| | * |
| Defendants. | * |

## ORDER

Having reached a settlement, the motion [doc.#17] of plaintiff Sierra Hayes to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 12th day of July 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE